UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:

    JOSE J SANTILLAN-RAMOS
    SANDRA B SANTILLAN-RAMOS

Chapter 13

Case No.    08-50011

SSN# :    XXX-XX-1377
SSN# :    XXX-XX-9323            DEBTORS

## CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION
## OF PLAN PAYMENTS

Steven G. Tate, Chapter 13 Trustee, reports to the Court that the above-named debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan.

Dated:  March 07, 2013

STEVEN G. TATE
Standing Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid.

JOSE J SANTILLAN-RAMOS, SANDRA B SANTILLAN-RAMOS, 2483 BOONE TRAIL, NORTH WILKESBORO, NC  28659

S. Henderson
Chapter 13 Trustee Office

# INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE

To the Debtor and the Attorney for the Debtor:

The Chapter 13 Trustee has filed a Report of Completion of Plan Payments.

> **You are hereby notified that, pursuant to the Bankruptcy Code & Rules, and Administrative Order, IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE, you must prepare, sign, file, and serve on your creditors a DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION REGARDING PLAN COMPLETION (Local Form 8).**
>
> **These documents must be signed, filed and served on your creditors within 60 days of the file date of the Trustee's Report.**

Failure to file and serve the required documents timely could result in the closing of the case without a discharge.

If you have Domestic Support Obligations, you must prepare, sign and mail to the Chapter 13 Trustee a form Debtor's Disclosure of Information Regarding Domestic Support Obligations (Local Form 9).

Local Form 8, Motion for Entry of Discharge and Certification Regarding Plan Completion, can be obtained from the Court's web site at www.ncwb.uscourts.gov

Local Form 9, Debtor's Disclosure of Information Regarding Domestic Support Obligations, can be obtained from the Court's web site at www.ncwb.uscourts.gov

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case.  If you do not have an attorney, you may wish to consult with one.**

STEVEN G. TATE
Standing Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856

(704) 872-0068