# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## WILKESBORO DIVISION

In Re:

JOSE J SANTILLAN-RAMOS
SANDRA B SANTILLAN-RAMOS
2483 BOONE TRAIL
NORTH WILKESBORO, NC  28659

Case No: 08-50011

SSN#1 - XXX-XX-1377
SSN#2 - XXX-XX-9323

Judge: Laura T. Beyer

## CHAPTER 13 FINAL REPORT AND ACCOUNT
## COMPLETED

This Case was
Commenced on 01/07/2008

The Plan was
Confirmed on  06/03/2008

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors:  $24,000.00
Plan Base = $24,000.00

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,660.54 | 1,660.54 | |
| 1 | | Thomas C Flippin | B-Base Attorney Fee(s) | 1,440.00 | 1,440.00 | 0.00 |
| 2 | | Thomas C Flippin | B-Base Attorney Fee(s) | 1,238.00 | 1,238.00 | 0.00 |
| 6 | 6 | JPMorgan Chase Bank NA | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 7 | 6 | JPMorgan Chase Bank NA | N-Mortgage/Lease Arrears | 12,261.73 | 12,261.73 | 3,297.39 |
| 11 | 4 | WILKES COUNTY TAX COLLECTOR | P-Priority | 288.31 | 288.31 | 140.96 |
| 3 | 2 | Allied Financial Services | S-Secured-Pro-Rata | 1,459.51 | 1,459.51 | 480.32 |
| 4 | | Citifinancial | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 5 | | Danny Clanton dba Clanton Bail Bonding | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 8 | 3 | JPMorgan Chase Bank NA | U-Unsecured | 70,350.90 | 1,516.97 | 0.00 |
| 9 | | Wilkes Regional Medical Center | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10 | | Wilkes Regional Medical Center | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 | | AFNI | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 13 | | ALLIED INTERSTATE INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 | | ALLIED INTERSTATE INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 | | Ameritox Ltd | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | | ASSOC/CITI | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | BOOMER MEDICAL CENTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | | CATAWBA VALLEY MEDICAL CENTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 19 | | Ccb | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | Creditsol | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | | Davis Regional Medical Center | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 | | Debt Recovery Solution | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 | | First National Collection Bureau Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 24 | | FIRST PREMIER BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 | | Firstpoint Collection Resources Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 26 | | FORSYTH MEDICAL CENTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 27 | | Great Texas Emergency Consultants | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 28 | | IC SYSTEM INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 29 | | Interstate Credit Coll | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 30 | | Interstate Credit Coll | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 31 | | Jon Barry and Associates | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 32 | | Kross/Lieberman & Ston | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 33 | | Lincare | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 34 | | MEDICAL REVENUE SERVICES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 35 | | Memorial Hermann | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 36 | | NC Professional Cre | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 37 | | NC Grange Mutual Insurance Company | U-Unsecured | 0.00 | 0.00 | 0.00 |

Case No.  08-50011   JOSE J SANTILLAN-RAMOS & SANDRA B SANTILLAN-RAMOS

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,660.54 | 1,660.54 | |
| 38 | | OMNIUM WORLDWIDE INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 39 | | OXFORD COLLECTION SERV | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 40 | | PARK DANSAN COLLECTIONS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 41 | | Physicians Asset Recovery | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 42 | | Piedmont Community Physicians PC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 43 | | Piedmont Imaging Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 44 | | Presbyterian Regional Healthcare | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 45 | | Stallings Fin Group | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 46 | | Statesville Pain Associates PC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 47 | | Surburban Credit Corp | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 48 | 1 | Triad Radiology Associates | U-Unsecured | 4.85 | 0.00 | 0.00 |
| 49 | | VALLEY RADIOLOGY ASSOCIATES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 50 | | Wake Forest University Baptist Medical | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 51 | | Wake Forest University Physicians | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 52 | | West Wilkes Medical Center | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 53 | | WILKES ANESTHESIA ASSOCIATES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 54 | | Wilkes Regional Medical Center | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 55 | | Winston Neurology PA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 56 | 5 | LVNV FUNDING LLC | U-Unsecured | 10,029.33 | 216.27 | 0.00 |
| | | | Totals | $98,733.17 | $20,081.33 | $3,918.67 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on  July 10, 2013.

/s/  Steven G. Tate

Steven G. Tate, Trustee

S.   Henderson
Office of the Chapter 13 Trustee

JOSE J SANTILLAN-RAMOS & SANDRA B SANTILLAN-RAMOS, 2483 BOONE TRAIL,   NORTH WILKESBORO, NC  28659

Total Served: 1